In the Matter of the Application of THE SUN INDEMNITY COMPANY OF NEW YORK for an Order to Take the Deposition of I. WOHL, INC., by J. KUFFLER, Treasurer.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ALFRED C. PRENTICE v. WILLIAM A. TOWNSEND.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

VIOLA SCHWARTZ v. FIFTH AVENUE COACH COMPANY.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

LEWIS A. GRAYDON v. HENRY WOODHOUSE.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MARMORSEY REALTY CO., INC., v. JOHN B. McDONALD.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ALICE L. FOSS ST. HILL v. MARTIN M. FOSS.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

G. ALBERT ZIMMERMANN, Agent for SOPHIA ZIMMERMANN, v. OUGHT HOLDING CORPORATION.— Application granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SIGMUND BERGER and Another v. THE CITY AND STATE SUPERVISION COMPANY, INC.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

S. BERNARD ROSS v. "BUD" FISHER, First Name Being Fictitious, etc.— Application granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

PIEHL ENGINEERING & CONSTRUCTION CO., INC., v. ALGONQUIN HOTEL COMPANY.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

COAST-TO-COAST GARAGE CORPORATION v. PAUL GERLI, as Trustee, etc.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MINEDD REALTY CORPORATION v. HENRY H. COOKE.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MARION E. LEVY v. JONAS H. LEVY and Another, as Administrators of the Succession of CHARLES E. LEVY. SAMUEL L. WEIL v. JONAS H. LEVY and Another, as Administrators, etc.— Application granted and motion for leave to appeal granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.